UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chase,

Plaintiff,

v. Civil No. 00-2468 (MJD/JGL)

W.R. Grace & Company - Conn.,

Defendant.

Hrbek, et. al.,

Plaintiffs,

v. Civil No. 00-2530 (DSD/JMM)

W.R. Grace & Company - Conn, et. al.,

Defendants.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 00-2468 having been assigned to Judge Michael J. Davis and case number 00-2530 having later been assigned to Senior Judge David S. Doty, and said matters being related cases,

IT IS HEREBY ORDERED that case number 00-2530 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: December 12, 2000

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: December 12, 2000

(3)

SENIOR JUDGE DAVID S. DOTY
United States District Court

FILED DEC 13 2000
JUDGMENT ENTD
DEPUTY CLERK

Date: December 13, 2000 jr

RECORD OF DOCKET TEXT

0:00-cv-02530 Hrbeck v. Certainteed Corp

DOCKET ENTRY

ORDER FOR REASSIGNMENT OF RELATED CASE (related case 00-2468 MJD/JGL) (Judge Michael J. Davis / 12/12/00) (Senior Judge David S. Doty / 12/12/00) Case reassigned to Judge Michael J. Davis per master list, and Case referred to Magistrate Judge Jonathan G. Lebedoff 1pg(s) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL